**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 365 MAL 2018 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| EDWIN CLAIR KNECHT, | : | |
| Petitioner | : | |
| COMMONWEALTH OF PENNSYLVANIA, | : | |
| Respondent | : | |
| v. | : | |
| CHARLES BLAIR WEAVER, | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht files a Dissenting Statement which Justice Donohue joins.